UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIPHANNAY S. BURNES,<br><br>           Plaintiff,<br><br>     v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al.,<br><br>           Defendants. | Case No.19-cv-03420-VKD<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

As it appears that no defendant has been served, the Court continues the Initial Case Management Conference to November 19, 2019, 1:30 p.m., Courtroom 2, Fifth Floor of the United States District Court, 280 South First Street, San Jose, California. The parties' joint case management statement shall be filed by November 12, 2019. All other related deadlines set in the Court's Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 5) are adjusted accordingly.

**IT IS SO ORDERED.**

Dated:   September 11, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge